Van Dyke v 20 E. 4th St. LLC (2025 NY Slip Op 50869(U))

[*1]

Van Dyke v 20 E. 4th St. LLC

2025 NY Slip Op 50869(U)

Decided on May 23, 2025

Supreme Court, Westchester County

Jamieson, J.

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be published in the printed Official Reports.

Decided on May 23, 2025
Supreme Court, Westchester County

Diana Van Dyke, Plaintiff,

against
20 East 4th St. LLC, S Realty Inc., and S Realty & Management LLC, Defendants.

Index No. 59687/2024

Wingate Russotti et al.
Attorneys for Plaintiff
420 Lexington Avenue, Suite 2700 
New York, NY 10170
Law Offices of John J. Bello, Jr. 
Attorneys for Defendant 20 East 4th St. LLC 
One Pennsylvania Plaza, Suite 5004 
New York, New York 10119
S Realty & Management LLC
S Realty Inc.

Linda S. Jamieson, J.

The following paper numbered 1 was read on this motion:
Paper Number
Notice of Motion, Affirmations and Exhibits 1
Plaintiff brings her motion for a default seeking an inquest on damages in this case arising out of a personal injury. Plaintiff states that she was in an apartment owned by defendants when the ceiling collapsed on her, causing her injuries. She does not say what these injuries are, or how much compensation she seeks.
Despite proper service of the summons and complaint and this motion, defendants failed to file an answer or any opposition. 
As there is no reason to deny the motion, it is granted. In future, counsel shall submit a proposed Order with similarly unopposed motions. Plaintiff shall send a copy of this Decision [*2]and Order to defendants by overnight mail within two business days of receipt.
The action will be referred to the Trial Assignment Part so that that Part can assign a date for the inquest.
The foregoing constitutes the decision and order of the Court.
Dated: May 23, 2025
White Plains, New York
HON. LINDA S. JAMIESON, J.S.C.
Justice of the Supreme Court